# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

### MEMORANDUM

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *Janet Riley, et al. v. American Express Travel Related Services Company, Inc.*  
Civil No. RWT-11-1338

DATE: September 29, 2011

\* \* \* \* \* \* \* \* \*

Upon request of the parties, the hearing on the Motion to Dismiss previously scheduled for **December 21, 2011 at 2:00 p.m.** is hereby **RESCHEDULED** for **December 9, 2011 at 9:00 a.m**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Roger W. Titus  
United States District Judge